JS 6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GREG OLILANG, et al., | Case No. CV 13-3479 DSF (Ex) |
| Plaintiff, | |
| v. | JUDGMENT OF DISMISSAL |
| MAURICE L. McALISTER, et al., et al. | |
| Defendants. | |

The Court having previously issued an Order to Show Cause re Dismissal for Lack of Prosecution, and plaintiff not having timely responded,

IT IS ORDERED AND ADJUDGED that the plaintiff take nothing and that the action be dismissed.

Dated: 10/1/13

_____
DALE S. FISCHER
United States District Judge